1
 Robert George, Petitioner v. The People of the State of Colorado, Respondent No. 26SC143Supreme Court of Colorado, En BancJune 15, 2026
          
 District Court, Routt County, Case No. 24CV30046
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          
 JUSTICE HOOD would grant as to the following issue:
 
 
          Whether
 the standard condition of probation under section
 18-1.3-204(2)(a)(VII), C.R.S. (2025), which restricts a
 person from possessing a firearm, is unconstitutional if the
 person is convicted of misdemeanors that did not involve the
 use of a firearm and do not prohibit the person from
 possessing a firearm.